**NEW YORKER S.H.K. JEANS GMBH & CO. KG, Appellant**

v.

**Jack RAJCA, Appellee.**

No. 2015–1292.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.

Jason M. Drangel, Epstein Drangel LLP, New York, N.Y., argued for appellant. Also represented by Ashly E. Sands.

Jacqueline Patt, Markery Law LLC, Gaithersburg, MD, argued for appellee.

Before NEWMAN, CLEVENGER, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**